COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Catherine Murrah Molloy v. Kevin Alan Fletcher

Appellate case number:   01-20-00322-CV

Trial court case number:  2018-67151

Trial court:               257th District Court of Harris County

In this appeal, Catherine Molloy, now deceased, and her former counsel, Frank A. Powell, challenge the trial court's February 26, 2020 order denying recusal and imposing sanctions against Molloy and Powell.

Appellees have filed several motions to dismiss and supplements to those motions, arguing first that we should dismiss Molloy's appeal because her notice of appeal was untimely filed. Although the notice of appeal and a motion for extension of time to file the notice of appeal were both filed within 15 days of the deadline to file the notice of appeal, appellees argue in their motion to dismiss filed on April 17, 2020 that we should deny the motion for extension and dismiss the appeal on the ground that the motion contains no explanation for the delay. We disagree.

In the motion for extension of time to file notice of appeal, filed on April 10, 2020, Molloy's counsel asserts that he has been busy with other cases and that his firm has essentially been shut down for Covid. In April 2020, most courts and law firms were working remotely or shut down for Covid precautions. The Texas Supreme Court has held that a reasonable explanation for delay in filing a notice of appeal is "'any plausible statement of circumstances indicating that failure to file within the specified period was not deliberate or intentional, but was the result of inadvertence, mistake or mischance.'" *Hone v. Hanafin*, 104 S.W.3d 884, 886 (Tex. 2003) (quoting *Meshwert v. Meshwert*, 549 S.W.2d 383, 383–84 (Tex., 1977)). We hold that relator's motion for extension contains a reasonable explanation and we **grant** that motion. We **deny** the April 17, 2020 motion to dismiss.[1] On April 29, 2020, appellees filed a second motion to dismiss, raising the same complaints. We **deny** this motion as well.

On June 30, 2020, Powell filed a motion to withdraw as counsel for Molloy. We **grant** that motion.

---

[1]     In their motion, appellees also ask that we consolidate this appeal with the appeal in case number 01-19-00840-CV. We deny this request because the appeal in 01-19-00840-CV has already been dismissed.

On July 9, 2020, Powell filed an amended notice of appeal, adding his challenge to the trial court's order imposing sanctions against him and Molloy. On September 10, 2020, appellees filed a motion for sanctions and a motion to adopt the trial court's recommendations that Molloy's appeal be dismissed in accordance with her wishes as determined by the trial court in its findings and conclusions filed in a supplemental clerk's record in this Court in appellate case number 01-19-00840-CV. We **grant this motion in part**, and **order** Molloy's portion of the appeal in this case **dismissed**. Powell's appeal remains pending. We order the portion of this motion requesting the imposition of sanctions recommended by the trial court **carried with the case**.

On April 29, 2021, appellees filed a supplemental motion to dismiss, requesting a ruling on appellees' motions to dismiss Molloy's motion for extension of time to file notice of appeal and dismissing Powel's notice of appeal. Previously in this order, the Court has granted Molloy's motion for extension of time to file notice of appeal. We have also granted the motion to dismiss Molloy's portion of the appeal based on the trial court's recommendation. Appellees also ask that we dismiss Powell's portion of the appeal for lack of prosecution. But, Powell filed his brief on July 30, 2020.

Appellees also argue that Powell's notice of appeal was untimely filed. Powell argued that he filed an amended notice of appeal and therefore, it gave this Court jurisdiction to consider the merits of his appeal from the trial court's February 26, 2020 order. We agree. *See St. Mina Auto Sales, Inc. v. Al-Muasher*, 481 S.W.3d 661, 666 (Tex. App.—Houston [1st Dist.] 2015, pet. denied) (holding that attorney's amended notice of appeal filed six weeks after original notice of appeal was filed was sufficient to constitute bona fide attempt to invoke our appellate jurisdiction). Accordingly, we **deny** appellees' April 29, 2021 supplemental motion to dismiss.

Appellee's brief in response to Powell's appellant's brief is ordered filed within 30 days of the date of this order.

It is so ORDERED.


Judge's signature: _____/s/ Peter Kelly_____
                    ☐ Acting individually    ☒ Acting for the Court

Panel consists of Justices Kelly, Landau, and Hightower.

Date: ____December 15, 2022_____